IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. ELH-20-081** |
| | : | |
| **GREGORY BLOSSER** | : | |
| | : | |
| **Defendant** | : | |

## CONSENT MOTION TO EXTEND SELF-SURRENDER DATE

Gregory Blosser, by and through his undersigned counsel, respectfully moves this Honorable Court to extend the date by which he must surrender to the Bureau of Prisons to serve his sentence from July 6, 2021, until September 7, 2021. In support of this motion, Mr. Blosser states as follows:

1. The government filed a criminal complaint on April 29, 2018.  The complaint alleges that Mr. Blosser committed wire fraud, in violation of 18 U.S.C. §1343.

2. Mr. Blosser waived indictment and entered a plea of guilty to a one-count information charging him with wire fraud, in violation of 18 U.S.C. §1343, on September 25, 2020.

3. On April 21, 2021, the Court imposed a 32-month sentence followed by a 3-year term of supervised release. The Court granted Mr. Blosser self-surrender.

4. Mr. Blosser received notice last week that his surrender date is July 7, 2021.

5. With the school year ending, Mr. Blosser is the primary caretaker of his two young daughters. His family is also in the process of locating and moving to a new residence. Based on these family responsibilities, Mr. Blosser is requesting the Court extend his self-surrender date to September 7, 2021, a date by which his family should be in their new home and his children will be back in school.

6. Undersigned counsel conferred with government counsel, Leo Wise, with respect to this request. The Government does not object.

For all of these reasons, the defense respectfully requests that the Court enter an order extending Mr. Blosser's self-surrender date from July 7, 2021, to September 7, 2021.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


_____/s/_____
ANDREW SZEKELY (#16407)
DEVIN PRATER (#810494)
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile:  (410) 962-0872
Email:  Andrew.Szekely@fd.org
Email:  Devin_Prater@fd.org